May Term,
1858.

Burge
v.
Shirk.

(1) Mr. *Milligan* cited *Cheetham* v. *Tillotson,* 4 Johns. 499.

(2) Mr. *Slack* cited 2 R. S. p. 124, § 389.

---

## Burge *v.* Shirk.

*Thursday,
June 17.*

APPEAL from the *Cass* Court of Common Pleas.

*Per Curiam.*—There was no demurrer to the complaint in this case, nor to the answer. No question arises, therefore, upon the pleadings.

As to one defendant, his default admitted the cause of action; as to the others it was proved.

It is objected that the judgment is not sufficiently certain in fixing the amount. It recites it in the commencement of the judgment.

The judgment is affirmed with 5 per cent. damages and costs.

*H. P. Biddle* and *B. W. Peters,* for the appellant.

*D. D. Pratt,* for the appellee.